# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| TORRECO HOSKIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  4:14-CV-00328-WMA-HGD |
| ) | |
| C.O. BRIAN FIFE, et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 5, 2015, recommending that the defendants' motion for summary judgment (doc. 17) be granted and that the plaintiff's claims against all defendants be dismissed with prejudice. The parties were allowed fourteen (14) days to file objections and advised that the failure to file such objections would bar any later challenge or review of the factual findings of the magistrate judge. No objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby is **ADOPTED** and the

recommendation is **ACCEPTED**. The court **EXPRESSLY** finds that there are no genuine issues of material fact and the defendants are entitled to judgment in their favor as a matter of law.

Accordingly, the defendants' motion for summary judgment is due to be **GRANTED** and the plaintiff's claims are due to be **DISMISSED WITH PREJUDICE**.  A Final Judgment will be entered.

**DONE** this 14th day of March, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE